701 A.2d 701

IN THE MATTER OF LOUIS A. EGNASKO,
AN ATTORNEY AT LAW.

*October 29, 1997.*

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **LOUIS A. EGNASKO** of **WHITE DEER, PENNSYLVANIA,** who was admitted to the bar of this State in 1987, be disbarred by way of reciprocal discipline pursuant to *Rule* 1:20–14(a), respondent having been disbarred in the State of New York for the knowing misappropriation of trust funds;

And **LOUIS A. EGNASKO** having failed to appear on the return date of the order to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **LOUIS A. EGNASKO** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **LOUIS A. EGNASKO** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.